Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611317671
Cashier ID: almaceh
Transaction Date: 04/01/2008
Payer Name: MARY ANDREWS
----------------------------------
WRIT OF HABEAS CORPUS
 For: MARY ANDREWS
 Amount:      $5.00
----------------------------------
CHECK
 Check/Money Order Num: 3607
 Amt Tendered: $5.00
----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C08-1478 SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

Office of the clerk - US District Court

The $5.00 check is for my son's filing # CV08 1478 SI (PR.)



M A Andrews
PO Box 1963
Post Falls ID 83877

Thank you for your attention to this matter.





*5.00 check*

*mailed 3/27/08*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

*SI*

Dear Sir or Madam:

*(PR)*

Your petition has been filed as civil case number_____.

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ☑ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

_____ Your In Forma Pauperis Application was not completed in its entirety.

_____ You did not sign your In Forma Pauperis Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

_____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

*mom, send this page and the check to the address in S.F. i have given you. put check in envelope i have provided.*

rev. 11/07

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
                Deputy Clerk

*LEWIS*

# BUSINESS REPLY MAIL

**FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC**

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

