UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED LEWIS, JR., | No. C 08-1478 SI (pr) |
|     Petitioner, | **ORDER OF DISMISSAL** |
|     v. | |
| D. K. SISTO, warden, | |
|     Respondent. | |

Ted Lewis, Jr. filed a <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 concerning his 1998 conviction from the Lake County Superior Court. This is not his first federal habeas petition challenging that conviction. His earlier habeas petition in <u>Lewis v. Lamarque</u>, No. C 02-380 SI, was dismissed in July 2002 because it was not filed before the expiration of the statute of limitations.

A second or successive petition may not be filed in this court unless the petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). This requirement applies even when the previous petition was dismissed as barred by the statute of limitations. <u>Murray v. Greiner</u>, 394 F.3d 78, 81 (2d Cir. 2005).

Lewis has not obtained the necessary order from the Court of Appeals for the Ninth Circuit permitting him to file a second or successive petition. This court will not entertain a new petition from Lewis until he first obtains permission from the Court of Appeals for the Ninth Circuit to file such a petition. This action is DISMISSED without prejudice to Lewis filing a

1 petition in this court after he obtains the necessary order from the Court of Appeals for the Ninth
2 Circuit.

3     If Lewis wants to attempt to obtain the necessary order from the Ninth Circuit, he should
4 very clearly mark the first page of his document as a "MOTION FOR ORDER AUTHORIZING
5 DISTRICT COURT TO CONSIDER SECOND OR SUCCESSIVE PETITION PURSUANT
6 TO 28 U.S.C. § 2244(b)(3)(A)" rather than labeling it as a habeas petition because the Ninth
7 Circuit clerk's office is apt to simply forward to this court any document labeled as a habeas
8 petition. He also should mail the motion to the Ninth Circuit (at 95 Seventh Street, San
9 Francisco, CA 94103), rather than to this court. In his motion to the Ninth Circuit, he should
10 explain how he meets the requirements of 28 U.S.C. § 2244(b).

11     The <u>in forma pauperis</u> application is DENIED as unnecessary because Lewis paid the
12 filing fee. (Docket # 2.)

13     The clerk shall close the file.

14     IT IS SO ORDERED.

15 DATED: July 16, 2008

                                                                                      SUSAN ILLSTON
16                                                                         United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

                                                                        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TED LEWIS JR,

        Plaintiff,

v.

D.K. SISTO et al,

        Defendant.
_____/

Case Number: CV08-01478 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ted Lewis
CSP-Solano, 2-204
P-21012
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: July 17, 2008

                                              Richard W. Wieking, Clerk
                                              By: Tracy Sutton, Deputy Clerk