UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED LEWIS, JR., | No. C 08-1478 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. K. SISTO, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a petition in this court after he obtains the necessary order from the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 16, 2008

SUSAN ILLSTON
United States District Judge